**DISMISS; Opinion Filed June 23, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01060-CR

### STEFON JOE BRANTLEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-1257441-L**

## OPINION

Before Justices Lang-Miers, Brown, and Schenck[1]
Opinion by Justice Brown

Appellant Stefon Joe Brantley appealed his jury conviction for murder. In his first four issues, appellant complained of errors occurring at the hearing on his motion for new trial which prevented the proper presentation of his appeal. We agreed with appellant and remanded to the trial court to conduct a new hearing on appellant's motion for new trial.

On remand, pursuant to an agreement between the parties, the trial court granted appellant's motion for new trial. Appellant then pleaded guilty to manslaughter in exchange for the State's recommendation of a twenty-year sentence. The trial court accepted appellant's plea, found appellant guilty of manslaughter, and rendered judgment in accordance with the plea agreement.

---

[1] The Honorable Justice David Schenck succeeded Justice Michael J. O'Neill, a member of the original panel, following Justice O'Neill's retirement. Justice Schenck has reviewed the briefs and record before the Court.

Because the trial court granted appellant's motion for new trial, we have no jurisdiction over appellant's appeal of his murder conviction. *See* TEX. R. APP. P. 21.9(b); *Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.) (when trial court grants a new trial, there is no sentence to appeal). Additionally, because the trial court certified that appellant had no right to appeal his manslaughter conviction, we have no jurisdiction over an appeal from that judgment. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

Consequently, we dismiss this appeal for want of jurisdiction.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

131060F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STEFON JOE BRANTLEY, Appellant

No. 05-13-01060-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F-1257441-L.
Opinion delivered by Justice Brown. Justices
Lang-Miers and Schenck participating.

Based on the Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 23rd day of June, 2015.